Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Victoria D. Wall** <br> SSN: XXX-XX-0270 <br><br> Debtor(s) | Case No. 08-26570 WTT <br> Chapter 7 |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On November 25, 2009 the Court approved the trustee's final report and proposed distribution.

2. On November 30, 2009, the Trustee distributed the funds as set forth in her final report.

3. On December 21, 2009, the Trustee received a check in the amount of $90.20 made payable to the bankruptcy estate from the creditor paid by proof of claim number 1, Nelnet, along

with correspondence. The correspondence indicated that the amount owed by the debtor to Nelnet had been paid in full, and that they are therefore returning the funds to the Trustee.

4. On April 22, 2010, the Trustee issued a second distribution to the creditors in the case.

5. Pursuant to the second distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 2. | RC Willey | PO Box 65320<br>Salt Lake City, UT 84165 | $4.05 |
| 4. | eCAST Settlement Corp Assignee of HSBC Bank Nevada and its Assigns | PO Box 35480<br>Newark, NJ 07193 | $3.44 |
| 5. | LVNV Funding LLC Resurgent Capital Services | PO Box 10587<br>Greenville, SC 29603 | $3.12 |

6. These funds are on deposit in Bank of America, account number 4437271107.

7. A check in the amount of Four Dollars and Five Cents ($4.05), a check in the amount of Three Dollars and Forty-Four Cents ($3.44) and a check in the amount of Three Dollars and Twelve Cents ($3.12), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** this 22nd day of April, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Victoria D. Wall
4041 Fairglen Circle
South Jordan, UT 84095

Julie R. Walker
P.O. Box 1161
Riverton, UT 84065

*[Signature]*

Date: 04/22/10　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-26570 - Wall, Victoria D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| RC Willey Home Furnishings<br>PO Box 65320<br>Salt Lake City, UT 84165-0320<br>　acct # 1800 | 000002 | 768.01 | 4.05 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480<br>　acct # 0113 (credit card debt opened 11/08/07 | 000004 | 652.75 | 3.44 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>　acct # 9537 (GE Capital/The Gap) | 000005 | 590.68 | 3.12 |
| ---------- Remittance Total --------------- | | 2,011.44 | 10.61 |

Elizabeth R. Loveridge, Trustee